JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY JORDAN, | ) | CASE NO. ED CV 19-0203-DOC (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| STU SHERMAN, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 5, 2019

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE